In the Matter of the Judicial Settlement of the Accounts of BENJAMIN STARR and WILLIAM G. CRANDALL, as Executors, etc., of MARY JANE SHELDON TAYLOR, Deceased, Respondents. BENJAMIN STARR and WILLIAM G. CRANDALL, as Executors, etc.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SANTA CLARA LUMBER COMPANY, Respondent.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

FRANK J. HINE, Appellant, v. CHARLES J. BURTON and Others, Respondents.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

HARVEY E. REESE and Another, Appellants, v. AUSTIN HOGAN, Respondent.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

HERBERT J. ROUSE, Respondent, v. BRYAN H. HANDY, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

JOSEPH CZELUSNIAK, as Administrator, etc., of CARRIE CZELUSNIAK, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

WALTER S. LYON and Others, as Executors, etc., of ADDISON J. LYON, Deceased, Respondents, v. WATER COMMISSIONERS OF THE CITY OF BINGHAMTON and Others, Appellants.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

WILLIAM E. MARTIN, Respondent, v. JAMES H. DONNELLY and Others, Appellants.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

MARY L. HERMANCE, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant. — Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

MARY BORONKAY, as Administratrix, etc., of NICHOLAS BORONKAY, Deceased, Respondent, v. ROBINSON & CARPENTER, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BURNHARDT, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals dismissed. (See Code Crim. Proc. § 520, subd. 3.)■ Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Application for an Order Requiring CHARLES MARKS, Appellant, an Attorney, to Pay over Certain Moneys. ELLSWORTH BAKER, Respondent.— Order reversed on the law and facts and proceeding dismissed, without costs. Van Kirk, P. J., Hinman, Whitmyer and Hill, JJ., concur; Davis, J., concurs for reversal but votes to remit the matter to the Special Term to determine as to whether the relation of attorney and client exists between the parties.